IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>John D. McDaniel,<br>　　　　　Debtor. | Chapter 13 |
| Select Portfolio Servicing, Inc., as servicing agent for U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-2 Home Equity Pass-Through Certificates, Series 2006-2,<br><br>　　　　　Movant,<br>vs.<br>John D. McDaniel,<br><br>　　　　　Debtor / Respondent,<br>and<br>William C. Miller, Esq.,<br>　　　　　Trustee / Respondent. | Case No.: 17-10749-amc |

**STIPULATION IN SETTLEMENT OF CERTIFICATION OF DEFAULT**

Select Portfolio Servicing, Inc., as servicing agent for U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-2 Home Equity Pass-Through Certificates, Series 2006-2 ("Mortgagee"), and John D. McDaniel ("Debtor"), by and through their respective counsel, hereby stipulate and agree as follows (as used herein the singular shall include the plural and the masculine shall include the feminine):

1.　　The automatic stay as provided for by 11 U.S.C. §362 shall remain in full force and effect conditioned upon the terms and conditions set forth herein.

214267-8

2. Mortgagee is holder of a mortgage which is a lien on real property owned by Debtor known as and located at 7657 Wyndale Ave, Philadelphia, PA 19151 ("the Property").

3. The parties certify that there is a post-petition delinquency which is to be cured pursuant to the terms of this stipulation said delinquency consisting of the following:

| 1 Payments @ (7/1/2019 – 7/1/2019) | $998.79 |
| Suspense Balance | $113.19 |
| **Total Post-Petition Arrears** | **$885.60** |

4. The total post-petition arrears in the amount of $885.60 will be paid on or before July 31, 2019.

5. Commencing on August 1, 2019, Debtor shall resume making regular monthly mortgage payments currently in the amount of $998.79.

6. Should Debtor's regular monthly payment amount change, Debtor shall be notified of such change by Mortgagee, and the monthly payment amount due under the terms of this stipulation shall change accordingly.

7. Should Debtor fail to make any of the payments required by the terms of this stipulation, or if any regular monthly mortgage payment commencing after the cure of the post-petition delinquency is more than thirty days late, Mortgagee may send Debtor and Debtor's counsel a written notice of default of this stipulation. If the default is not cured within ten (10) days of the date of said notice, counsel for Mortgagee may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the automatic stay as to the Property. In the event a Notice of Default is issued and the Debtor remits a partial payment, it is agreed that acceptance of partial payment by the Mortgagee during the cure period shall not constitute a satisfaction or waiver of the Notice of Default. Absent a full cure of the Notice of

225909-6

Default, Mortgagee may file its Certification of Default with the Court and pursue the entry of a relief order.

8. In the event the instant bankruptcy case is converted to a case under Chapter 7, this shall constitute a default under the terms of this Stipulation, counsel for Mortgagee may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the automatic stay as to the Property.

STIPULATED AND AGREED TO BY:

*/s/ Daniel P. Mudrick*                                              Dated: 7-11-19
Daniel P. Mudrick, Esquire
Mudrick & Zucker, PC
325 Sentry Parkway East
Building 5 West – Suite 320
Blue Bell, PA 19422
Attorney for Debtor

*/s/ Andrew M. Lubin*                                                Dated: 7/11/19
Andrew M. Lubin, Esquire
MILSTEAD & ASSOCIATES, LLC
1 E. Stow Road
Marlton, NJ 08053
Attorney for Movant

214267-8