*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: John D. McDaniel
    Debtor(s)

Case No: 17–10749–amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Debtor's Objection to Certification of Default filed by Creditor Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank, National Association, as Trustee.

    on: 7/5/22

    at: 11:00 AM

    in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

For The Court

Date: 6/1/22

Timothy B. McGrath
Clerk of Court

121 – 120
Form 167