United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10749-amc |
| John D. McDaniel | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 01, 2022 | Form ID: 167 | Total Noticed: 14 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | John D. McDaniel, 7657 Wyndale Avenue, Philadelphia, PA 19151-2706 |
| 13863142 | | MILSTEAD & ASSOCIATES, LLC, 1 E Stow Rd, Marlton, NJ 08053-3118 |
| 14688925 | + | U.S. Bank National Association as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: megan.harper@phila.gov | Jun 02 2022 00:24:00 | City of Philadelphia, City of Philadelphia Law Department, c/o Joshua Domer, 1401 JFK Blvd. 5th Floor, Philadelphia, PA 19102 |
| 13863140 | | Email/Text: bncnotifications@pheaa.org | Jun 02 2022 00:24:00 | AES/SUNTRUST, PO Box 61047, Harrisburg, PA 17106-1047 |
| 13905978 | | Email/PDF: ebn_ais@aisinfo.com | Jun 02 2022 00:36:02 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13958957 | | Email/Text: megan.harper@phila.gov | Jun 02 2022 00:24:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14030213 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 02 2022 00:24:00 | Educational Credit Management Corporation, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 13863141 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 02 2022 00:36:05 | CHASE AUTO FINANCE, PO Box 901003, Fort Worth, TX 76101-2003 |
| 13883899 | + | Email/Text: bncnotifications@pheaa.org | Jun 02 2022 00:24:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 13934787 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2022 00:35:57 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13863143 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 02 2022 00:24:00 | Select Portfolio Servicing, Inc., 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 13934736 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 02 2022 00:24:00 | U.S. Bank National Association, as trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 13863144 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 02 2022 00:24:00 | VERIZON WIRELESS, PO Box 26055, Minneapolis, MN 55426-0055 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 01, 2022 | Form ID: 167 | Total Noticed: 14

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13863139 cr | * | 17-10749 Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BERNADETTE IRACE | on behalf of Creditor Select Portfolio Servicing Inc. as servicing agent for U.S. Bank, National Association, as Trustee birace@milsteadlaw.com |
| DANIEL P. MUDRICK | on behalf of Debtor John D. McDaniel dpmudrick@verizon.net G30229@notify.cincompass.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JOSHUA DOMER | on behalf of Creditor City of Philadelphia joshua.domer@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor Select Portfolio Servicing Inc., as servicing agent for U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-2 Home Equity Pass-Through Certificate ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor Select Portfolio Servicing Inc. as servicing agent for U.S. Bank, National Association, as Trustee ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com |
| MATTHEW CHRISTIAN WALDT | on behalf of Creditor Select Portfolio Servicing Inc., as servicing agent for U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-2 Home Equity Pass-Through Certificate mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| MATTHEW CHRISTIAN WALDT | on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-2 Home Equity Pass-Through Certificates, Series 2006-2 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-2 Home Equity Pass-Through Certificates, Series 2006-2 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: John D. McDaniel
    Debtor(s)

Case No: 17−10749−amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Debtor's Objection to Certification of Default filed by Creditor Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank, National Association, as Trustee.

on: 7/5/22

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date:  6/1/22

Timothy B. McGrath
Clerk of Court

121 − 120
Form 167