# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-10749-AMC

JOHN D. MCDANIEL

7657 WYNDALE AVENUE

PHILADELPHIA, PA 19151-2706

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    JOHN D. MCDANIEL

    7657 WYNDALE AVENUE

    PHILADELPHIA, PA 19151-2706

Counsel for debtor(s), by electronic notice only.

    DANIEL P MUDRICK, ESQ
    325 SENTRY PARKWAY EAST
    BLDG 5 WEST- STE 320
    BLUE BELL, PA 19422-

Date: 6/30/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee