## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　　John D. McDaniel,<br>　　　　Debtor, | Chapter 13 |
| Select Portfolio Servicing, Inc., as servicing agent for U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-2 Home Equity Pass-Through Certificates, Series 2006-2,<br>　　　　Movant,<br><br>John D. McDaniel,<br>　　　　Debtor / Respondent,<br><br>and<br>KENNETH E. WEST,<br>　　　　Trustee / Respondent | Case No. 17-10749-amc<br><br>Hearing Date: November 15, 2022<br>Time: 11:00 a.m. |

### PRAECIPE TO WITHDRAW
### CERTIFICATE OF DEFAULT

NOW COMES, Select Portfolio Servicing, Inc., as servicing agent for U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-2 Home Equity Pass-Through Certificates, Series 2006-2, by and through the undersigned counsel, and hereby withdraws the Certificate of Default filed on May 27, 2022 (document number 119). Said Certificate is being withdrawn without prejudice.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　MILSTEAD & ASSOCIATES, LLC

DATED:  November 14, 2022

　　　　　　　　　　　　　　　　　　　　 /s/ Roger Fay, Esq., ID No. 315987
　　　　　　　　　　　　　　　　　　　　rfay@milsteadlaw.com
　　　　　　　　　　　　　　　　　　　　1 E. Stow Road
　　　　　　　　　　　　　　　　　　　　Marlton, NJ 08053
　　　　　　　　　　　　　　　　　　　　(856) 482-1400
　　　　　　　　　　　　　　　　　　　　Attorneys for Movant

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>        John D. McDaniel,<br>                Debtor, | Chapter 13 |
| Select Portfolio Servicing, Inc., as servicing agent for U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-2 Home Equity Pass-Through Certificates, Series 2006-2,<br>                Movant,<br><br>John D. McDaniel,<br>                Debtor / Respondent,<br><br>and<br>KENNETH E. WEST,<br>                Trustee / Respondent | Case No. 17-10749-amc<br><br>Hearing Date: November 15, 2022<br>Time: 11:00 a.m. |

## CERTIFICATION OF SERVICE

Roger Fay, Esquire counsel for Select Portfolio Servicing, Inc., as servicing agent for U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-2 Home Equity Pass-Through Certificates, Series 2006-2, hereby certifies that a copy of the Praecipe to Withdraw Certificate of Default was served upon the following persons via electronic transmission or by regular first-class mail, postage pre-paid on November 14, 2022, addressed as follows:

| | |
|---|---|
| KENNETH E. WEST, Trustee<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107<br>*via electronic transmission and regular mail* | Daniel P. Mudrick, Esquire<br>MUDRICK & ZUCKER, PC<br>325 Sentry Parkway East<br>Building 5 West- Suite 320<br>Blue Bell, PA 19422<br>*via electronic transmission and regular mail* |
| John D. McDaniel<br>7657 Wyndale Avenue<br>Philadelphia, PA 19151-2706<br>*via regular mail* | |

MILSTEAD & ASSOCIATES, LLC

DATED:  November 14, 2022

By: /s/ Roger Fay, Esq., ID No. 315987
rfay@milsteadlaw.com
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Movant