# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 17-10749-AMC

JOHN D. MCDANIEL

7657 WYNDALE AVENUE

PHILADELPHIA, PA 19151-2706

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JOHN D. MCDANIEL

    7657 WYNDALE AVENUE

    PHILADELPHIA, PA 19151-2706

Counsel for debtor(s), by electronic notice only.

    DANIEL P MUDRICK, ESQ
    325 SENTRY PARKWAY EAST
    BLDG 5 WEST- STE 320
    BLUE BELL, PA 19422-

Date: 2/14/2023

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee