IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re:                                                          :
                                                                             :
    John D. McDaniel                                      :
                                                                              :     Bankruptcy No. 17-10749 (amc)
                                      Debtor.       :
---------------------------------------------------------x

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE BANKRUPTCY COURT:

    Kindly withdraw the appearance of JOSHUA DOMER, Esquire as counsel of record for creditor The City of Philadelphia and/or Water Revenue Bureau in the above-captioned matter.

                                                                      THE CITY OF PHILADELPHIA

Dated: June 23, 2023          By:     */s/ JOSHUA DOMER*
                                                         JOSHUA DOMER
                                                         DEPUTY CITY SOLICITOR
                                                        PA Attorney I.D. 319190

## ENTRY OF APPEARANCE

Kindly enter the appearance of PAMELA ELCHERT THURMOND, Esquire as counsel of record for creditor The City of Philadelphia and/or the Water Revenue Bureau in the above captioned matter.

                                                 THE CITY OF PHILADELPHIA

Dated: June 23, 2023        By:    */s/ Pamela Elchert Thurmond*
                                                  PAMELA ELCHERT THURMOND
                                                  Senior Attorney
                                                  PA Attorney I.D. 202054
                                                  Attorney for the City of Philadelphia
                                                  City of Philadelphia Law Department
                                                  Municipal Services Building
                                                  1401 JFK Boulevard, 5th Floor
                                                  Philadelphia, PA  19102-1595
                                                  215-686-0508 (phone)
                                                  Email: Pamela.Thurmond@phila.gov