# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 17-10749-AMC

JOHN D. MCDANIEL

7657 WYNDALE AVENUE

PHILADELPHIA, PA 19151-2706

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JOHN D. MCDANIEL

7657 WYNDALE AVENUE

PHILADELPHIA, PA 19151-2706

Counsel for debtor(s), by electronic notice only.

DANIEL P MUDRICK, ESQ
325 SENTRY PARKWAY EAST
BLDG 5 WEST- STE 320
BLUE BELL, PA 19422-

                                   /S/ Kenneth E. West

Date: 9/27/2023

                                   _____
                                   Kenneth E. West, Esquire
                                   Chapter 13 Standing Trustee