Certificate Number: 17082-PAE-DE-038251981

Bankruptcy Case Number: 17-10749



17082-PAE-DE-038251981

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 6, 2024, at 8:42 o'clock AM MST, JOHN D MCDANIEL completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 6, 2024                 By:   /s/Orsolya K Lazar

                                      Name: Orsolya K Lazar

                                      Title:  Executive Director