United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 17-10749-amc

John D. McDaniel                                                                      Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 17, 2024 | Form ID: 234 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\#        Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2024:**

**Recip ID        Recipient Name and Address**
db             \#  John D. McDaniel, 7657 Wyndale Avenue, Philadelphia, PA 19151-2706

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2024              Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2024 at the address(es) listed below:**

**Name               Email Address**

BERNADETTE IRACE

        on behalf of Creditor Select Portfolio Servicing  Inc. as servicing agent for U.S. Bank, National Association, as Trustee
        birace@milsteadlaw.com, bkecf@milsteadlaw.com

DANIEL P. MUDRICK

        on behalf of Debtor John D. McDaniel dpmudrick@verizon.net
        g30229@notify.cincompass.com;mudrick.danielb128559@notify.bestcase.com

DENISE ELIZABETH CARLON

        on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-2
        Home Equity Pass-Through Certificates, Series 2006-2 bkgroup@kmllawgroup.com

JACK K. MILLER

        on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

KENNETH E. WEST

        ecfemails@ph13trustee.com  philaecf@gmail.com

District/off: 0313-2                          User: admin                                          Page 2 of 2

Date Rcvd: Apr 17, 2024                       Form ID: 234                                        Total Noticed: 1

MATTHEW CHRISTIAN WALDT
                    on behalf of Creditor Select Portfolio Servicing  Inc., as servicing agent for U.S. Bank National Association, as trustee, on behalf
                    of the holders of the Home Equity Asset Trust 2006-2 Home Equity Pass-Through Certificate mwaldt@milsteadlaw.com,
                    bkecf@milsteadlaw.com

MATTHEW CHRISTIAN WALDT
                    on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-2
                    Home Equity Pass-Through Certificates, Series 2006-2 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

MICHELLE L. MCGOWAN
                    on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-2
                    Home Equity Pass-Through Certificates, Series 2006-2 mimcgowan@raslg.com

PAMELA ELCHERT THURMOND
                    on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov

ROGER FAY
                    on behalf of Creditor Select Portfolio Servicing  Inc. as servicing agent for U.S. Bank, National Association, as Trustee
                    rfay@alaw.net, bkecf@milsteadlaw.com

ROGER FAY
                    on behalf of Creditor Select Portfolio Servicing  Inc., as servicing agent for U.S. Bank National Association, as trustee, on behalf
                    of the holders of the Home Equity Asset Trust 2006-2 Home Equity Pass-Through Certificate rfay@alaw.net,
                    bkecf@milsteadlaw.com

ROGER FAY
                    on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-2
                    Home Equity Pass-Through Certificates, Series 2006-2 rfay@alaw.net, bkecf@milsteadlaw.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: John D. McDaniel

            Debtor(s)                    Case No:17−10749−amc

                                                     Chapter: 13

_____

### *NOTICE OF TERMINATION OF WAGE ORDER*

NOTICE IS GIVEN THAT:

 1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

 2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

                                          For The Court

                                          Timothy McGrath,
                                          Clerk of Court

Date: 4/17/24