United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 17-10749-amc

John D. McDaniel                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 04, 2024 | Form ID: 138FIN | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

\#               Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | John D. McDaniel, 7657 Wyndale Avenue, Philadelphia, PA 19151-2706 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Sep 05 2024 00:08:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 05 2024 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2024               Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BERNADETTE IRACE | on behalf of Creditor Select Portfolio Servicing  Inc. as servicing agent for U.S. Bank, National Association, as Trustee birace@moodklaw.com, bkecf@milsteadlaw.com |
| DANIEL P. MUDRICK | |

on behalf of Debtor John D. McDaniel dpmudrick@verizon.net
g30229@notify.cincompass.com;mudrick.danielb128559@notify.bestcase.com

DENISE ELIZABETH CARLON

on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-2
Home Equity Pass-Through Certificates, Series 2006-2 bkgroup@kmllawgroup.com

JACK K. MILLER

on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW CHRISTIAN WALDT

on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-2
Home Equity Pass-Through Certificates, Series 2006-2 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

MATTHEW CHRISTIAN WALDT

on behalf of Creditor Select Portfolio Servicing  Inc., as servicing agent for U.S. Bank National Association, as trustee, on behalf
of the holders of the Home Equity Asset Trust 2006-2 Home Equity Pass-Through Certificate mwaldt@milsteadlaw.com,
bkecf@milsteadlaw.com

MICHELLE L. MCGOWAN

on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-2
Home Equity Pass-Through Certificates, Series 2006-2 mimcgowan@raslg.com

PAMELA ELCHERT THURMOND

on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov

ROGER FAY

on behalf of Creditor Select Portfolio Servicing  Inc. as servicing agent for U.S. Bank, National Association, as Trustee
rfay@alaw.net, bkecf@milsteadlaw.com

ROGER FAY

on behalf of Creditor Select Portfolio Servicing  Inc., as servicing agent for U.S. Bank National Association, as trustee, on behalf
of the holders of the Home Equity Asset Trust 2006-2 Home Equity Pass-Through Certificate rfay@alaw.net,
bkecf@milsteadlaw.com

ROGER FAY

on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-2
Home Equity Pass-Through Certificates, Series 2006-2 rfay@alaw.net, bkecf@milsteadlaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

*Form 138FIN* (6/24)–doc 163 – 162

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    )
    John D. McDaniel                )        Case No. 17–10749–amc
                                       )
                                       )
    Debtor(s).                         )        Chapter: 13
                                       )
                                       )

### NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: September 4, 2024

For The Court

Timothy B. McGrath
Clerk of Court